**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-1445

NEXUS SERVICES, INC.; MICHAEL DONOVAN; RICHARD MOORE,

Plaintiffs - Appellants,

AMY C.M. BURNS; MARY DONNE PETERS; MICHAEL J. GORBY; ANDRE ARIS HAKES,

Appellants,

v.

DONALD LEE MORAN, in his Individual capacity and in his Official Capacity, as a Deputy Sheriff of Augusta County, Virginia; DONALD L. SMITH, in his Individual capacity and in his Official capacity as a Sheriff of Augusta County, Virginia; MICHAEL ROANE, in his Individual capacity and in his Official capacity as a Deputy Sheriff of Augusta County, Virginia,

Defendants - Appellees,

and

DAVID L. BOURNE, in his Individual capacity; WANDA JEAN SHREWSBURY, in her Individual capacity and in her Official Capacity as Commissioner of the Revenue of Augusta County, Virginia; GENE R. ERGENBRIGHT, in his Individual capacity and in his Official Capacity as a Business Tax Auditor for Augusta County, Virginia; JOHN DOES 1-20,

Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Elizabeth Kay Dillon, District Judge. (5:16-cv-00035-EKD-JCH)

Submitted: February 1, 2019                    Decided: February 7, 2019

_____

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph R. Pope, WILLIAMS MULLEN, Richmond, Virginia, for Appellants. Carlene Booth Johnson, PERRY LAW FIRM, Dillwyn, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

The Appellants, Nexus Services, Inc., Michael Donovan, and Richard Moore, and their attorneys below, Mary Peters, Amy Burns, Michael Gorby, and Andre Hakes, appeal the district court's award of attorney's fees against the Plaintiffs pursuant to 42 U.S.C. § 1988(b) (2012), against the attorneys pursuant to 28 U.S.C. § 1927 (2012), and alternatively pursuant to the court's inherent authority to sanction the parties, following the Plaintiffs' voluntary dismissal of their complaint alleging violations of 42 U.S.C. § 1983 (2012). We have thoroughly reviewed the record and have found no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*